**SO ORDERED.**

**SIGNED this 4 day of May, 2017.**

**James P. Smith**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| CRYSTAL SNEAD HUNT, | * | CASE NO.: 16-30117-JPS |
| Debtor. | * | |

**CONSENT ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND RESOLVING ONLY OBJECTION TO PROPOSED SALE**

CRYSTAL SNEAD HUNT, Debtor, having filed a motion to sell her former residence located at 70 Riverhill Drive, Athens, Georgia (the "Property") free and clear of liens on April 7, 2017 (the "Motion"); the Debtor having properly served a copy of the Motion on all parties in interest either electronically or by mail; the only objection filed being a limited objection filed by Wells Fargo Bank, N.A. ("Wells Fargo"), who is now consenting to the sale as evidenced by the consent of its attorney to the entry of this Order; no other objection having been filed by April 28, 2017, or within an additional three days if the notice and motion were served by mail; and the sale appearing to be in the best interest of the bankruptcy estate; it is

ORDERED that the Debtor is authorized to sell her interest and the interest of her spouse, Peter G. Hunt (the "Sellers"), in the Property to Jack Chublakian and Karen Ann Lewis, or their assignees (the "Buyers") for $430,000.00, pursuant to the terms set forth in the Motion and the sales contract, free and clear of all liens with any valid liens attaching to any sales proceeds remaining after payment of the first lien held by Wells Fargo, closing costs, real estate commission of not more than 5% and outstanding ad valorem taxes (including the pro rata portion owed by the Sellers for 2017). If there are no proceeds remaining after payment of those claims, there will be no payment of any liens inferior to Wells Fargo. Those inferior liens include a second lien held by United Specialty Insurance Company c/o Fara Insurance Services (or its assignee), the assignee of Georgia United Credit Union, and the Internal Revenue Service who holds three tax liens on the Property

recorded on December 14, 2012 (2007, 2008 and 2009 income taxes), December 11, 2012 (2011 income taxes) and on January 16, 2015 (2012 income taxes). This sale of the Property is free and clear of those liens and the Buyers are purchasing the Property free and clear of all liens. This Order does not relieve the Debtor or Peter G. Hunt of any personal liability owed to United Specialty Insurance Company or the Internal Revenue Service (other than by any payment received at closing) but it does allow the Sellers to convey the Property to the Buyers free and clear of all liens.

IT IS FURTHER ORDERED AS FOLLOWS:

1. Wells Fargo's consent is contingent upon its secured claim being paid off in full or in accordance with any short sale approval by Wells Fargo;

2. Wells Fargo's secured claim shall be paid off in full or in accordance with any short sale approval authorized by Wells Fargo before satisfying any other lien on the Property;

3. In the even that the sale of the Property does not take place, Wells Fargo shall retain its lien for the ful amount due under the loan secured by the Property; and

4. Each party shall bear their own attorney's fees and costs incurred regarding the Debtor's Motion to Sell.

- END OF DOCUMENT -

Order prepare and consented to by:

ERNEST V. HARRIS, Georgia Bar 329700
Attorney for Debtor
Harris & Davis, P.C.
eharris@harrisdavispc.com

Order consented to by:

Brian K. Jordan by EVH w/ his express permission

BRIAN K. JORDAN, Georgia Bar 113008
Aldridge | Pite, LLP
bjordan@aldridgepite.com